ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/15/2015 2:26:37 PM
DEBBIE AUTREY
CLERK

No. 06-15-00013-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/15/2015 2:26:37 PM
DEBBIE AUTREY
Clerk

CITY NATIONAL BANK OF SULPHUR SPRINGS. . . . . . . . . . . APPELLANT

V.

JOHN ALEXANDER SMITH. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLEE

**UNOPPOSED SECOND MOTION TO EXTEND TIME FOR FILING
BRIEF OF APPELLANT, CITY NATIONAL BANK OF SULPHUR SPRINGS**

TO THE HONORABLE COURT OF APPEALS:

Appellant, CITY NATIONAL BANK OF SULPHUR SPRINGS, files this unopposed motion requesting an extension of time to file its Brief of Appellant, and would show unto the Court the following:

I.

This is Appellant's second request for an extension of time in which to file its brief. Appellant's brief is due to be filed on September 16, 2015.

II.

The brief for Appellant is substantially complete, however, due to other commitments counsel has been unable to adequately review the record, complete research, and finalize the brief in this case. Those commitments include:

1. Serving as mediator in <u>Matthew Sankovich v. Grecian Hotels, LLC, et al</u>, No. 2011C-1405 in the 3rd Judicial District Court, Henderson County, Texas;

2. Attendance at hearing in <u>Brandi Williams v. Tillerd Ardean Smith, et al</u>, No. 12-0889 in the 71st Judicial District Court, Harrison County, Texas;

3. Attendance at depositions in <u>Cristina Jordan Vega v. Pedro Cano d/b/a Cano's Tax Service</u>, Cause No. 33,435 in the 76th/ 276th District Court of Titus County, Texas;

4. Serving as mediator in <u>Earline Lahman and Randy Lahman v. Cape Fox Corporation and Nationwide Provider Solutions, LLC</u>, Cause No. 84414 in the 62nd District Court of Lamar County, Texas;

5. Assist in preparation of Respondents' Brief on the Merits in <u>Petrohawk Properties, L.P. and P-H Energy, L.L.C. v. Noel Diane Jones, et al</u>, No. 15-0200 in the Supreme Court of Texas.

III.

Therefore, Appellant would request an extension of fourteen (14) days in which to file its brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant , CITY NATIONAL BANK OF SULPHUR SPRINGS, prays that the time for filing its appellate brief be extended fourteen (14) days until September 30, 2015.

Respectfully submitted,


  /s/ *John R. Mercy*
John R.  Mercy
State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


Coy Johnson
   State Bar No. 10698000
   Email: coy@clayjohnsonlaw.com
Clay Johnson
   State Bar No. 24007450
   Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121
Telephone:  (903) 885-8866
Facsimile:   (903) 584-1313

ATTORNEYS FOR APPELLANT, CITY
NATIONAL BANK OF SULPHUR SPRINGS

## CERTIFICATE OF CONFERENCE

I have contacted J. Mark Sudderth, Attorney for Appellee, regarding the relief sought by this motion and he does not oppose the motion.

/s/ *John R. Mercy*
John R.  Mercy

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Unopposed Second Motion to Extend Time for Filing Briefs of Appellant, City National Bank of Sulphur Springs,* has been served via e-service on:

Mr. J. Mark Sudderth
NOTEBOOM LAW FIRM
669 Airport Freeway, Suite 100
Hurst, TX 76053-3698
Email: sudderth@noteboom.com

Coy Johnson
   Email: coy@clayjohnsonlaw.com
Clay Johnson
   Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121

this the 15th day September, 2015.

/s/ *John R. Mercy*
John R.  Mercy